# Third District Court of Appeal
## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1831
Lower Tribunal No. 20-1115
_____


**T.D.M., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

T.D.M., a Juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.